1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone:  (408) 535-5060
       Facsimile:   (408) 535-5066
8      Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14
   UNITED STATES OF AMERICA,        )   No. CR CR 09-00708 JW
15                                  )
          Plaintiff,                )
16                                  )   **STIPULATION AND [PROPOSED]**
       v.                           )   **ORDER TO CONTINUE**
17                                  )   **DEFENDANT'S SENTENCING**
   TAYLOR JONES,                    )
18                                  )
          Defendant.                )
19 _____ )

20
21     The parties, including the defendant, stipulate as follows:

22 1.   On November 17, 2009, defendant Taylor ("defendant") pled guilty, pursuant to

23 a plea agreement, to an information, charging her with one count of conspiracy to commit bank

24 fraud, in violation of 18 U.S.C. § 371.  Defendant's sentencing is currently scheduled for March

25 2, 2010 at 9:00 a.m.

26  2.   The Court has indicated that its trial obligations conflict with the March 2, 2010

27 sentencing date for defendant.  The next Monday that is convenient for defense counsel is March

28 15, 2010.

STIP. & [PROPOSED] ORDER
U.S. v. JONES, No. CR 09-00708 JW

1     Therefore, the parties respectfully request that the Court continue defendant's sentencing from March 2, 2010 to March 15, 2010, at 4:30 p.m.

IT IS SO STIPULATED.

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

Dated: 2/24/10                        Hanley Chew
                                                HANLEY CHEW
                                                Assistant United States Attorney

Dated: 2/24/10                        Peter Goldscheider
                                                PETER GOLDSCHEIDER
                                                Attorney for Defendant

## [PROPOSED] ORDER

    Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Taylor Jones' sentencing in the above-captioned case is continued from March 2, 2010 to March 15, 2010, at 4:30 p.m.

IT IS SO ORDERED.

DATED: February 26, 2010                _/s/ James Ware_
                                                THE HONORABLE JAMES WARE
                                                United States District Court Judge