1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5060
      Facsimile:  (408) 535-5066
8     Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR CR 09-00708 JW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER TO TRANSFER DEFENDANT'S CASE FROM JUDGE JAMES WARE TO JUDGE EDWARD J. DAVILA AND SCHEDULE HEARING ON PROBATION REVOCATION** |
| TAYLOR JONES, ) | |
| Defendant. ) | |

The parties, including the defendant, stipulate as follows:

1. On March 15, 2010, defendant Taylor Jones ("defendant") was sentenced to three years probation for one count of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 371. On February 23, 2011, the United States Probation filed a Petition of Summons for Ms. Jones, alleging that she had failed to make certain restitution payments. On April 4, 2011, a status conference was held before Judge James Ware concerning the petition. Judge Ware continued this matter to July 11, 2011 for a further hearing.

2. Since that time, Judge Ware has been appointed the Chief Judge of the District Court for

STIP. & [PROPOSED] ORDER
U.S. v. JONES, No. CR 09-00708 JW

1  the Northern District of California and moved from the Federal District Court in San Jose,
2  California, to the Federal District Court, in San Francisco, California.  Defendant, defense
3  counsel, government counsel and the supervising probation officer for this defendant remain in
4  San Jose.  For the convenience of the parties, their attorneys and the probation officer, the parties
5  respectfully request that the Court transfer this matter to Judge Edward J. Davila in the Federal
6  District Court in San Jose.

7  3.      In addition, defense counsel Peter Goldscheider is responsible, at the beginning of each
8  week, for assisting the San Mateo Bar Association in handling in-custody arraignments from
9  1:30 to 3:00 and will be unavailable until 3:30 on those days.

10      Therefore, the parties respectfully request that the Court transfer this matter from the
11 Judge James Ware to Judge Edward J. Davila and set the next hearing in this matter for July 11,
12 2011 at 4:00 p.m. before the Judge Davila.

IT IS SO STIPULATED.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: 7/5/11                           /s/  Hanley Chew
                                        HANLEY CHEW
                                        Assistant United States Attorney

Dated: 7/6/11                           /s/ Peter Goldscheider
                                        PETER GOLDSCHEIDER
                                        Attorney for Defendant

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court
orders that adjudication of the petition concerning the alleged probation violation of defendant
/ / /

1  Taylor Jones be transferred from Judge James Ware to Judge Edward Davila and that the next
2  hearing in this matter be scheduled for July 11, 2011 at 4:00 p.m. before Judge Davila..
3  IT IS SO ORDERED.
4
5  DATED: July 6, 2011                    _____
6                                          THE HONORABLE JAMES WARE
                                            United States District Court Judge
7
8
...
28

STIP. & [PROPOSED] ORDER
U.S. v. JONES, No. CR 09-00708 JW              3